IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HARBOR ALUMINUM INTELLIGENCE UNIT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METAL EXCHANGE LLC,<br><br>Defendant. | Civil Case No.: 1:24-cv-00033-DAE |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Harbor Aluminum Intelligence Unit, LLC ("Harbor" or "Plaintiff"), by and through its undersigned counsel, hereby provides notice that it has accepted Defendant Metal Exchange, LLC.'s ("Defendant") Offer of Judgment made on June 24, 2025 in which Defendant will allow Judgment to be taken against it and in favor of Plaintiff in the amount of $200,000.00, inclusive of damages, attorneys' fees, interest, enhanced damages, and costs incurred through the date of this Offer of Judgment.

Defendant's Offer of Judgment served on June 24, 2025 is attached hereto as Exhibit A.

Plaintiff's Acceptance of Offer of Judgment served on June 25, 2025 is attached hereto as Exhibit B.

As authorized by Federal Rule of Civil Procedure 68, Plaintiff files acceptance and proof thereof, and asks that the Clerk enter judgment in accordance with the Offer of Judgment.

| | |
|---|---|
| Dated: June 25, 2025 | BAKER & McKENZIE LLP |

By:   /s/ Nicholas O. Kennedy
Nicholas O. Kennedy (SBN 24087841)
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com

Michael A. Duffy (IL Bar No. 6272163)
(admitted *pro hac vice*)
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Tel: (312) 861-8000
michael.duffy@bakermckenzie.com

Joshua S. Wolkoff (NY Bar No. 4885695)
(admitted *pro hac vice*)
452 Fifth Avenue
New York, New York 10018
Tel: (212) 626-4100
joshua.wolkoff@bakermckenzie.com

*Counsel for Harbor Aluminum
Intelligence Unit, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I caused to be served a true and correct copy of Plaintiff's Notice of Acceptance of Offer of Judgment by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ Nicholas O. Kennedy
Nicholas O. Kennedy