IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARBOR ALUMINUM INTELLIGENCE UNIT, LLC, *Plaintiff,* | § § § § § § § § § § | Civil No. 1:24-cv-00033-DAE |
| vs. | | |
| METAL EXCHANGE LLC, et al., *Defendants.* | | |

## JUDGMENT

Before the Clerk's Office is Defendant Metal Exchange LLC's ("Metal Exchange") 06.24.25 Notice of Offer of Judgment. (Dkt. # 76.) Plaintiff Harbor Aluminum Intelligence Unit, LLC ("Plaintiff") subsequently filed its Notice of Acceptance of Offer of Judgment. (Dkt. # 77.) In accordance with Federal Rule of Civil Procedure 68 and at Plaintiff's request, the Clerk of the Court finds that judgment is appropriate in this case and enters the following:

Judgment is hereby **ENTERED** against Metal Exchange and in favor of Plaintiff in the amount of two hundred thousand dollars ($200,000.00), which is inclusive of damages, attorneys' fees, interest, enhanced damages, and costs incurred.

This case is now **CLOSED**.

**SIGNED** this 26th day of June 2025.

PHILIP J. DEVLIN,
CLERK OF THE COURT

BY: /s/ Christian Rodriguez
CHRISTIAN RODRIGUEZ
DEPUTY CLERK

